

# THE THIRTEENTH COURT OF APPEALS

13-13-00659-CV

Fatih Ozcelebi M.D.
v.
K. V. Chowdary, M.D., Individually and D/B/A Valley Gastroenterology Clinic, P.A. and
Valley Gastroenterology Clinic, P.A.

On Appeal from the
County Court at Law No. 7 of Hidalgo County, Texas
Trial Cause No. CL-29,133-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of severance of the trial court should be reversed and remanded. The Court orders the judgment of severance of the trial court REVERSED and REMANDED to the trial court for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees.

We further order this decision certified below for observance.

October 15, 2015